Dismissed and Memorandum Opinion filed March 29, 2007








Dismissed
and Memorandum Opinion filed March 29, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00960-CV

____________

 

EL NAGGAR FINE ARTS FURNITURE, INC.
and AHMED EL NAGGAR, Appellants

 

V.

 

GREAT AMERICAN INSURANCE COMPANY,
ET AL., Appellees

 



 

On Appeal from the 165th District Court

Harris County, Texas

Trial Court Cause No. 2005-07980

 



 

M E M O R A N D U M   O P I N I O N

This is
an attempted appeal from a summary judgment signed September 29, 2006.  On
March 16, 2007, appellants filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1. Appellants assert
that their notice of appeal was filed prematurely because the summary judgment
order signed on September 29, 2006, did not dispose of all claims and parties. 
The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM








Judgment rendered and Memorandum Opinion filed March
29, 2007.

Panel consists of Chief Justice Hedges and Justices Fowler and Edelman.